

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2015

No. 04-15-00252-CR

Luis **SANCHEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6545
Honorable Sid L. Harle, Judge Presiding

## O R D E R

On June 5 2015, the district clerk filed a supplemental clerk's record containing an amended Certification of Defendant's Right of Appeal, in which the trial court certified this "is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal."

The abatement of all appellate deadlines is hereby lifted, and the court reporter's record is due no later than July 22, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court